| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | STEPHANIE HAMILTON BORCHERS<br>Assistant United States Attorney |
| 3 | United States Courthouse<br>2500 Tulare Street, Suite 4401 |
| 4 | Fresno, California 93721<br>Telephone: (559) 497-4000 |
| 5 | Facsimile: (559) 497-4099 |
| 6 | Attorneys for Plaintiff |

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 1:06-CV-01741-AWI-DLB |
| Plaintiff, | ) | |
| | ) | **APPLICATION AND ORDER FOR** |
| v. | ) | **PUBLICATION** |
| | ) | |
| 19.5 ACRES OF PASTURE LAND | ) | |
| LOCATED ON WATTS VALLEY ROAD | ) | |
| IN TOLLHOUSE, CALIFORNIA, | ) | |
| FRESNO COUNTY, APN: 153-290-01, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The United States of America, Plaintiff herein, applies for an order of publication as follows:

1. Rule G(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims provides that the plaintiff shall cause public notice of the action and arrest to be given in a newspaper of general circulation, designated by order of the Court;

2. Local Rule 83-171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper for publication;

3. The defendant real property is located in Fresno County, Tollhouse, California;

4. Plaintiff proposes that publication be made as follows:

    a. Four publications;

1         b.      In the following newspaper, a legal newspaper of general circulation,
2 located in the county in which the defendant real property is located: <u>Fresno Business Journal</u>;
3         c.      The publication to include the following:
4           (1)    The Court, title and number of the action;
5           (2)    The date of posting of the real property;
6           (3)    The identity and/or description of the property posted;
7           (4)    The name, address, and telephone number of the attorney for the
8 Plaintiff;
9           (5)    A statement that claims of persons entitled to possession or
10 claiming an interest pursuant to Supplemental Rule G(5) of the Federal Rules of Admiralty must
11 be filed with the Clerk and served on the attorney for the Plaintiff within 30 days after the date of
12 publication;
13           (6)    A statement that answers to the Complaint or a motion under Rule
14 12 must be filed and served within 20 days after the filing of the claims and, in the absence
15 thereof, default may be entered and condemnation ordered;
16           (7)    A statement that applications for intervention under Federal Rules
17 of Civil Procedure, Rule 24 by persons claiming maritime liens or other interests shall be filed
18 within the 30 days allowed for claims for possession; and
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1  (8) The name, address, and telephone number of the U.S. Marshal and/or Department of Treasury.

Dated: 12/4/06

McGREGOR W. SCOTT
United States Attorney

/s/ Stephanie Hamilton Borchers
STEPHANIE HAMILTON BORCHERS
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

**Dated:** **December 12, 2006**        **/s/ Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE

3b142a