# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1: 06 - CV - 1741 - AWI - SMS |
| Plaintiff, ) | ORDER ADOPTING FINDINGS AND RECOMMENDATION |
| v. ) | |
| 19.5 ACRES OF PASTURE LAND ) LOCATED ON WATTS VALLEY ) ROAD IN TOLLHOUSE, CALIFORNIA,) FRESNO COUNTY, APN: 153-290-01, ) | ORDER GRANTING UNITED STATES OF AMERICA DEFAULT JUDGMENT ORDER REQUIRING UNITED STATES OF AMERICA TO SUBMIT A PROPOSED DEFAULT AN FINAL FORFEITURE |
| Defendant. ) | JUDGMENT |

This is a civil forfeiture action in which the United States of American seeks default judgment against the interests of Ernesto Ceja and Laura Ceja in Defendant real property known as 19.5 Acres of Pasture Land Located on Watts Valley Road in Tollhouse, California, Fresno County, APN: ("Defendant Real Property").

On September 20, 2007, the Magistrate Judge filed Findings and Recommendations that recommended the court grant the United States of America's default judgment, enter final forfeiture judgment, and direct the United States to provide a proposed default and final forfeiture judgement.  These Findings and Recommendations were served on the parties and stated that any party could file written objections by October 19, 2007.  No party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a de novo review of this case.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454

(9th Cir. 1983).   Having reviewed the entire file, the court finds the Findings and Recommendations to be supported by the record and by proper analysis.   Accordingly, the court ORDERS that:

1. The United States of American is GRANTED default judgment against the interests of Ernesto Ceja and Laura Ceja in the Defendant Real Property;
2. Final forfeiture judgment to vest the United States of America with all rights, title, ands interest in the Defendant Real Property is ENTERED;
3. Within 10 days of service of this order, the United States of American SHALL submit a proposed default and final forfeiture judgment consistent with the Findings and Recommendations and this order adopting them.

IT IS SO ORDERED.

**Dated:     November 27, 2007**                             **/s/ Anthony W. Ishii**
                                                                          UNITED STATES DISTRICT JUDGE