1  McGREGOR W. SCOTT
   United States Attorney
2  STEPHANIE HAMILTON BORCHERS
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Plaintiff

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )    1:06-CV-01741-AWI-DLB
                                     )
12              Plaintiff,           )    DEFAULT JUDGMENT OF FORFEITURE
                                     )    AND FINAL  JUDGMENT OF
13                                   )    FORFEITURE
         v.                          )
14                                   )
    19.5 ACRES OF PASTURE LAND       )
15  LOCATED ON WATTS VALLEY ROAD     )
    IN TOLLHOUSE, CALIFORNIA,        )
16  FRESNO COUNTY, APN: 153-290-01,  )
                                     )
17              Defendant.           )
                                     )
18  _____)

19        This matter is before the Court on plaintiff United States' *Ex Parte* Motion for Default

20  Judgment filed May 15, 2007.  The Magistrate Judge has recommended that plaintiff's motion for

21  Default Judgment be granted.  The time for objecting to the Findings and Recommendations of the

22  Magistrate Judge has passed and no timely objections have been filed.  An Order Adopting the

23  Magistrate Judge's Findings and Recommendations was filed on November 29, 2007.   Based on the

24  Magistrate Judge's Findings and Recommendations on Plaintiff's Motion for Default Judgment, the

25  Order Adopting the Magistrate Judge's Findings and Recommendations, and the files and records of the

26  ///

27

28                              1

1    Court, it is

2         ORDERED, ADJUDGED AND DECREED:

3         1.  After a *de novo* review, the Court adopts the Magistrate Judge's September 20, 2007 Findings

4    and Recommendations in full.

5         2.  Ernesto Ceja and Laura Ceja are held in default.

6         3.  A judgment by default is hereby entered against any right, title, or interest in the defendant

7    real property known as 19.5 acres of pasture land located on Watts Valley Road in Tollhouse,

8    California, Fresno County, APN: 153-290-01 (hereafter "defendant real property").

9         4.  A final judgment is hereby entered, forfeiting all right, title, and interest in the defendant real

10   property to the United States of America, to be disposed of according to law, including all right, title,

11   and interest of Ernesto Ceja and Laura Ceja.

12        5.  All parties shall bear their own costs and attorneys' fees.

13

14   IT IS SO ORDERED.

15   **Dated:   November 30, 2007**              **/s/ Anthony W. Ishii**
                                            UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28                                                    2